**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

Jennifer E. Sherven, Esq.
T: (516) 283-8714
E-mail: JSherven@kdvlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 14 2021

January 13, 2021

SO ORDERED

The January 28, 2021 initial conference is adjourned to March 4, 2021 at 9:30 a.m.

*[signature: George B. Daniels]*

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Dilenia Paguada v. Classic Accessories, LLC**
    **Case No. 1:20-CV-06950 (GBD)**
    **KDV File No.: 109320-0002**

Dear Judge Daniels:

This office represents the defendant, Classic Accessories, LLC ("Defendant"), in the above-captioned case.

We are pleased to report that the parties have reached an agreement in principle to resolve this matter. As a result, the parties respectfully request that all deadlines be held in abeyance *sine die*, including Defendant's response to Plaintiff's Complaint and the upcoming initial conference scheduled for January 28, 2021, to enable the parties time to complete the necessary settlement paperwork for the global resolution and fully consummate the settlement. The parties anticipate this will take approximately 45 days.

We thank Your Honor for all courtesies extended. Please do not hesitate to contact me with any questions.

Respectfully Submitted,
Kaufman Dolowich & Voluck, LLP

*[signature]*

Jennifer E. Sherven

cc:   All Counsel of Record (via ECF)